

January 13, 2025

<u>**Via ECF**</u>

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *United States v. Mordechai Bar*, **24 Cr. 609 (CS)**

Dear Judge Seibel:

      We represent defendant Dr. Mordechai Bar in the above-referenced case, and respectfully submit this letter, with the consent of the Government, to request a 30-day adjournment of sentencing and corresponding deadlines. Dr. Bar is currently scheduled to be sentenced on February 18, 2025 at 11:30 am, and the defense submission is due on February 4, 2025. We have been working with Dr. Bar to compile the relevant documentation to complete the financial affidavits for the presentence report, a process that has been delayed due to a personal family matter of undersigned counsel. In addition, we continue to receive letters of support for Dr. Bar from family, friends, and professional colleagues in the United States and Isreal, and the adjournment will permit us to ensure that we have received letters from all those who wish to support Dr. Bar. Earlier today, AUSA Markewitz consented to the defense's request. Accordingly, we respectfully request that the Court adjourn Dr. Bar's sentencing to a date and time convenient for the Court approximately 30 days from February 18, 2025, and set the defense's sentencing submission at two weeks before the new sentencing date.

                                    Respectfully submitted,

                                    YANKWITT LLP

                            By: _____
                                Jason M. Swergold
                                *Counsel for Dr. Mordechai Bar*

cc:     AUSAs David Markewitz and Jorja Knauer