

February 25, 2025

<u>**Via ECF**</u>

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        **Re:**   *United States v. Mordechai Bar*, **24 Cr. 609 (CS)**

Dear Judge Seibel:

      We represent defendant Dr. Mordechai Bar in the above-referenced case, and respectfully submit this letter, with the consent of the Government, to request an adjournment of the sentencing until May 6, 2025 at 4:15 p.m. Dr. Bar is currently scheduled to be sentenced on March 14, 2025 at 11:30 am, and the defense submission is due on February 28, 2025. The parties, however, did not receive the draft presentence report until February 20, and comments are not due back until March 6. The requested adjournment will provide sufficient time for (i) the parties to review and comment on the draft PSR, (ii) Probation to complete the final PSR, and (iii) the parties to incorporate the final PSR into their sentencing submissions.

      Earlier today, undersigned counsel confirmed with Your Honor's Courtroom Deputy that the Court was available at the proposed date and time, and AUSA Markewitz consented to the defense's request and indicated the Government's availability. Accordingly, we respectfully request that the Court adjourn Dr. Bar's sentencing to May 6, 2025 at 4:15 p.m., with the defense submission due on April 22 and the Government's submission due on April 29.

                                       Respectfully submitted,

                                       YANKWITT LLP

                                     By: _____
                                         Jason M. Swergold
                                         *Counsel for Dr. Mordechai Bar*

cc:     AUSAs David Markewitz and Jorja Knauer